```
              UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                            CASE NO. 05 B 17739
    BARRY S BAKER
                                                  CHAPTER 13

                                                  JUDGE: A. BENJAMIN GOLDGAR

         Debtor
    SSN XXX-XX-7073


------------------------------------------------------------------------------
                       TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 05/04/05 and confirmed on 07/29/05.

    2.  The case was dismissed after confirmation, 12/07/2007.

    3.  The Debtor paid a total of $  15000.00 .

    4.  The Trustee made disbursements to creditors as follows:


------------------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                           PAID           PAID
------------------------------------------------------------------------------
LASALLE BANK             CURRENT MORTG         .00              .00            .00
LASALLE BANK             MORTGAGE ARRE     14392.17             .00        6075.02
HEATHER RIDGE TOWNHOME A SECURED            2757.62             .00        2757.62
LAKE COUNTY COLLECTOR    SECURED            4500.00             .00        1899.49
KAMM & SHAPIRO           NOTICE ONLY      NOT FILED             .00            .00
LASALLE BANK             SECURED                .00             .00            .00
LASALLE BANK             MORTGAGE ARRE     1567.10              .00         661.48
BECKET & LEE LLP         UNSECURED         7720.88              .00            .00
CINGULAR WIRELESS        UNSECURED          337.65              .00            .00
CAPITAL ONE FINANCIAL    UNSECURED        NOT FILED             .00            .00
ECAST SETTLEMENT CORPORA UNSECURED         4554.30              .00            .00
RESURGENT CAPITAL SERVIC UNSECURED         1178.60              .00            .00
DEPENDON COLLECTION SERV UNSECURED        NOT FILED             .00            .00
FIRST CARD               UNSECURED        NOT FILED             .00            .00
FORD MOTOR CREDIT CO     UNSECURED         5017.83              .00            .00
MBNA AMERICA BANK NA     UNSECURED        NOT FILED             .00            .00
PEOPLES GAS              UNSECURED              .00             .00            .00
PEOPLES GAS              UNSECURED        NOT FILED             .00            .00
PIER I IMPORTS INC       UNSECURED           57.04              .00            .00
SEARS BKRUPTCY RCVRY MCM UNSECURED        NOT FILED             .00            .00
------------------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                           PAID           PAID
------------------------------------------------------------------------------

ROBERT J SEMRAD & ASSOC  REIMBURSEMENT      194.00              .00         194.00
              Summary of disbursements:
------------------------------------------------------------------------------
                   SECURED      PRIORITY     UNSECURED       OTHER         TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED 23216.89       194.00      18866.30         .00       42277.19
PRINCIPAL PAID     11393.61       194.00           .00         .00       11587.61
```

```
INTEREST PAID                      .00             .00           .00             .00            .00
TOTAL PAID                    11393.61          194.00           .00             .00       11587.61
```

The Debtor's attorney, ROBERT J SEMRAD & ASSOC    , was allowed $   2825.00 and was paid $   2825.00 .

The Trustee received $     587.39 .

Refunds to the Debtor totaled $         .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 03/10/08                         /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE